UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Christine Learing,<br>*Individual and on behalf of all others similarly situated*<br><br>        Plaintiff,<br><br>v.<br><br>The Anthem Companies, Inc,<br><br>        Defendant. | Case No. 21-cv-2283 (JWB/DJF)<br><br>**IDR ORDER** |

On March 14, 2023, the Court held an Informal Dispute Resolution ("IDR") hearing to address the parties' dispute over production of three of Defendant's employees' email mailboxes (ECF No. 120). The Court issued its ruling at the hearing and memorializes its Order below.

**ORDER**

Based on the foregoing, and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff shall provide Defendant with a list of search terms for the purpose of searching the email mailboxes of Cynthia Stokes, Kristine Head and Denise Ochocki on or before **March 21, 2023**. Plaintiff shall make a good faith effort to tailor the search terms to minimize the burdens of production and limit the results to relevant materials.

2. Defendant shall respond to Plaintiff's list of produced search terms on or before **March 28, 2023**.

3. The parties shall meet and confer in a good faith effort to resolve any disputes regarding the search terms and scope.

1

4. Defendant shall apply the agreed upon search terms to the email mailboxes and produce the emails within a reasonable period of time.

Dated: March 14, 2023

<u>s/ Dulce J. Foster</u><br>
Dulce J. Foster<br>
United States Magistrate Judge